DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## CHEM-SECURITY SYSTEMS v. MORROW

No. 169P83.

Case below: 61 N.C. App. 147.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 May 1983. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

## DIAZ v. UNITED STATES TEXTILE CORP.

No. 146P83.

Case below: 60 N.C. App. 712.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 May 1983.

## IN RE CHAPEL HILL RESIDENTIAL RETIREMENT CENTER

No. 101P83.

Case below: 60 N.C. App. 294.

Petition by Residential Center for discretionary review under G.S. 7A-31 denied 3 May 1983.

## IN RE DAILEY v. BOARD OF DENTAL EXAMINERS

No. 134P83.

Case below: 60 N.C. App. 441.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983.

## LOWDER v. ALL STAR MILLS, INC.

No. 89PA83.

Case below: 60 N.C. App. 275.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 3 May 1983. Petitions by defendants for discretionary review under G.S. 7A-31 and by intervening defendants for writ of certiorari to North Carolina Court of Appeals denied 3 May 1983. Notices of appeal by defendants and by intervening defendants dismissed 3 May 1983.